# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Robert H. *Plaintiff* v. Commissioner of Social Security *Defendant* | Civil Action No. 2:23-cv-27 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Pursant to the Order filed on 4/20/2023, this case is REMANDED to the Commissioner and the ALJ under Sentence Four of § 405(g) for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date:  4/20/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*